EXHIBIT 5



**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

# COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE POLICY

**A Custom Insurance Policy Prepared for:**

```
KIRCO MANAGEMENT SERVICES, LLC
KIRCO HOLDINGS, LLC; KIRCO MANIX CONST
101 W. BIG BEAVER ROAD
SUITE 200
TROY MI 48084
```

This policy consists of this policy cover, the Policy Declarations and the Policy Forms, and endorsements listed in that declaration form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the company indicated as insuring company in the Declarations by the abbreviation of its name.

One of the companies listed below (each a stock company) has executed this policy, but it is valid only if counter-signed on the Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)

_____
Secretary

_____
President

Travelers Excess Liability policy 002

(Rev. 04-10)



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**POLICY DECLARATIONS**
**COMMERCIAL EXCESS LIABILITY**
**(UMBRELLA) INSURANCE POLICY**

**POLICY NO.:** CUP-0J39061A-16-14
**ISSUE DATE:** 12/22/2016

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**1. NAMED INSURED AND MAILING ADDRESS:**
KIRCO MANAGEMENT SERVICES, LLC
AND AS PER CG D0 74
101 W. BIG BEAVER ROAD
SUITE 200
TROY MI 48084

THIS POLICY DOES NOT
COVER LIABILITY
ARISING OUT OF
ASBESTOS MATERIAL
SEE ENDORSEMENT
UM 01 96 07 96

**2. THE NAMED INSURED IS A:**

[ ] **CORPORATION** [ ] **SOLE PROPRIETOR** [ ] **PARTNERSHIP OR JOINT VENTURE** [X] **OTHER**
LIMITED LIAB CORP

**3. POLICY PERIOD:** From 12/11/2016 to 12/11/2017 12:01 A.M. Standard Time at your mailing address.

**4. PREMIUM:** * $ ▮▮▮▮▮▮ [X] Flat Charge [ ] Adjustable (See premium schedule)
\* DIRECT BILL

**5. LIMITS OF INSURANCE:**

| COVERAGES | | LIMITS OF LIABILITY |
|---|---|---|
| AGGREGATE LIMITS OF LIABILITY | 25,000,000<br>25,000,000 | **Products/Completed Operations Aggregate**<br>**General Aggregate** |
| **COVERAGE A - Bodily Injury and Property Damage Liability** | 25,000,000 | **any one occurrence** subject to the Products/ Completed Operations and the General Aggregate Limits |
| **COVERAGE B - Personal and Advertising Injury Liability** | 25,000,000 | **any one person or organization** subject to the General Aggregate Limit of Liability |
| **RETAINED LIMIT** | 10,000 | **any one occurrence or offense** |

**6. SCHEDULE OF UNDERLYING INSURANCE:**

| POLICY | LIMITS (000 omitted) | COVERAGE | COMPANY |
|---|---|---|---|
| SEE ENDORSEMENT CG D0 23 04 96 | | | |

**7.** On the effective date shown in Item 3, the Commercial Excess Liability (Umbrella) Insurance Policy numbered above includes this Declarations Page and the Policy Jacket (Form UM 00 76 which contains the Nuclear Energy Liability Exclusion) and any endorsements listed hereafter:
SEE END. IL T8 01 01 01

**NAME AND ADDRESS OF AGENT OR BROKER:**
MEADOWBROOK INC
PO BOX 2195595                    88331

KANSAS CITY                 MO 64121

COUNTERSIGNED BY:

_____
Authorized Representative

DATE: _____

CG T0 14 04 96
OFFICE: SOUTHFIELD MI

Page 1 of 1

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **CUP-0J39061A-16-14**

ISSUE DATE: **12/22/2016**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NAMED INSURED

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE**

Item 1 of the Declarations is amended as follows:

**The Named Insured is amended to read**

KIRCO MANAGEMENT SERVICES, LLC
KIRCO HOLDINGS, LLC; KIRCO MANIX CONSTRUCTION , LLC; KIRCO DEVELOPMENT LLC;
KIRCO ACQUISITION LLC; KIRCO CAROLINA INTERESTS LLC; KIRCO CONSTRUCTION (NC)
LLC; KIRCO CONSTRUCTION (SC) LLC; KIRCO MANAGEMENT HOLDING COMPANY; KIRCO
REALTY SERVICES GROUP LLC; KIRCO VENTURES LLC; GK ACQUISITIONS LLC; KIRCO MS
HOLDING, LLC; KIRILUK ASSOCIATES, LP; KIRCO CAROLINA PINES, LLC; KIRTS OFFICE
CENTER ASSOCIATES LLC; KIRTS DEVELOPMENT, LLC; ECLIPSE DEVELOPMENT, LLC;
BALDWIN COMMONS LLC; BRIDGE VALLEY LP; RATHMOR/BRIDGE VALLEY CORP.; HURON
DISTRIBUTION, LLC; KIRCO HURON DISTRIBUTION, LLC; NEW ALBANY PORTFOLIO LLC; NA
HOLDING, LLC; KIRCO NA, LLC; ECLIPSE DEVELOPMENT II, LLC; SHELBY CREEK LLC;
SHELBY CREEK MITIGATION LLC; SHELBY CREEK UNIT 1 LLC; SHELBY CREEK UNIT 1
MANAGEMENT CORP.; SHELBY CREEK UNIT 2 LLC; SHELBY CREEK UNIT 2 MANAGEMENT
CORP.; KIRCO STATE STREET, LLC; STATE STREET BUSINESS PARK LLC; STJ MOB LLC;
STJ MOB ASSOCIATES, LLC; STJ MOB DEVELOPMENT, LLC; WALTON CRITTENTON MOB II
LLC; WALTON CRITTENTON MOB LLC; KIRCO WALTON CRITTENTON MOB LLC; CC TROY
ASSOCIATES I, LLC; CC TROY ASSOCIATES II, LLC; COLUMBIA ASSOCIATES LLC;
COLUMBIA CENTER HOLDINGS I, LLC; COLUMBIA CENTER HOLDINGS II, LLC; COLUMBIA
CENTER II ASSOCIATES, LLC; COLUMBIA CENTER, LLC; COLUMBIA IN TROY, LLC; KIRCO
GARAGE SERVICES, LLC; AMK ASSOCIATES, LLC; AMS ASSOCIATES NO. 3 LIMITED
PARTNERSHIP; OK ASSOCIATES OF TROY, LLC; ORLEY CC II, LLC; ORLEY GROUP II LP;
ORLEY GROUP NO. 1 LP; SPENCER CC II, LLC; ORION COMMONS LLC; ECLIPSE
DEVELOPMENT IV, LLC; KIRCO MANIX URBAN CONSTRUCTION LLC; KIRCO CH DISTRIBUTION
LLC; KIRCO ET CH DISTRIBUTION II, LLC; KIRCO CH ASSOCIATES LLC; AMERICAN MUSIC
RESORT PROPERTIES, LLC; LEGACY PARTNERS LLC; 20 OAK HOLLOW LLC ( INACTIVE); THE
WOODWARD LOFTS, LLC; KIRCO WOODWARD AVE LLC; KIRCO BILTMORE STERLING
ASSOCIATES; KIRCO BILTMORE CANTON ASSOCIATES; AMK ASSOCIATES NO 4 LLC;
CENTERPOINT INVESTMENT LLC; KIRCO STERLING, LLC; KIRCO CHELSEA SOUTH END, LLC;
CHELSEA SOUTH END LLC; INTERNATIONAL TRADE ZONE LLC; KIRCO ITZ, LLC; KIRCO
ROYAL MANOR,LLC; ROYAL MANOR APARTMENTS LLC; SOUTHFIELD GATEWAY II LLC;
SOUTHFIELD GATEWAY LLC; SOUTHFIELD GATEWAY DEVELOPMENT LLC; KIRCO STATE STREET
10, LLC; STATE STREET 10 LLC; KIRCO OAK HOLLOW LP

POLICY NUMBER: CUP-0J39061A-16-14

EFFECTIVE DATE: 12/11/2016

ISSUE DATE: 12/22/2016

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | |
|---|---|
| CG T0 14 04 96 | POLICY DECLARATIONS COMMERCIAL EXCESS LIABILITY UMBRELLA |
| CG D0 74 04 93 | NAMED INSURED |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |

UMBRELLA / EXCESS

| | |
|---|---|
| CG D0 23 04 96 | SCHEDULE OF UNDERLYING INSURANCE |
| UM 00 01 11 03 | COMMERCIAL EXCESS LIABILITY UMBRELLA INSURANCE |
| UM 04 75 07 08 | AMENDMENT OF DEFENSE OF CLAIMS OR SUITS |
| UM 04 77 07 08 | AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE CLAIM |
| UM 05 11 01 15 | AMEND OF COV B - PERSONAL INJURY AND ADVERTISING INJURY LIABILITY |
| UM 06 03 11 10 | CRISIS MANAGEMENT SERVICES EXPENSES |
| UM 06 88 03 15 | AMEND-FIN INT IN FOREIGN INS ORG - UM |
| UM 00 94 08 86 | AMENDMENT OF COVERAGE - NAMED INSURED |
| UM 01 52 01 16 | EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE |
| UM 01 68 12 91 | EMPLOYER'S OVERHEAD LIABILITY - OHIO |
| UM 03 37 01 99 | REASONABLE FORCE - BODILY INJURY OR PROPERTY DAMAGE |
| UM 00 20 11 03 | EXCLUSION - ENGINEERS ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY |
| UM 00 76 01 86 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENTBROAD FORM |
| UM 01 12 09 87 | REAL ESTATE PROPERTY MANAGED |
| UM 01 66 08 91 | EXCLUSION - LEAD INCLUDING PRODUCTS - COMPLETED OPERATIONS HAZARD |
| UM 01 91 01 02 | WAR EXCLUSION |
| UM 01 96 07 96 | EXCLUSION - ASBESTOS |
| UM 03 24 02 01 | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEM |
| UM 03 60 09 15 | EXCLUSION - SILICA OR SILICA-RELATED DUST |
| UM 03 64 01 02 | FUNGI OR BACTERIA EXCLUSION |
| UM 04 15 10 11 | EXCLUSION - UNSOLICITED COMMUNICATIONS |
| UM 05 30 03 09 | EXCLUSION - DISCRIMINATION |
| UM 06 09 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| UM 06 50 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| UM 01 41 11 03 | MI MANDATORY ENDORSEMENT |
| UM 03 98 11 11 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |

Travelers Excess Liability policy 005

**POLICY NUMBER:** CUP-0J39061A-16-14

**EFFECTIVE DATE:** 12/11/2016

**ISSUE DATE:** 12/22/2016

INTERLINE ENDORSEMENTS (CONTINUED)

IL T4 14 01 15     CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

Travelers Excess Liability policy 006

UMBRELLA

POLICY NUMBER: **CUP-0J39061A-16-14**                    ISSUE DATE: **12/22/2016**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# SCHEDULE OF UNDERLYING INSURANCE

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE**

Item 6 of the Declarations to include:

| POLICY | LIMITS (000 OMITTED) | | COVERAGE | COMPANY |
|---|---|---|---|---|
| UB-8244L386-16 | 500 | EACH ACCIDENT | EMPLOYER'S LIABILITY | ACR |
| | 500 | AGG EMPLOYEE DISEASE | | |
| | 500 | EACH EMPLOYEE DISEASE | | |
| SLS-8244L386-16 | 1,000 | EACH OCCURRENCE | GENERAL LIABILITY | TIA |
| | 1,000 | PERS/ADV INJURY | | |
| | 10,000 | GENERAL AGGREGATE | | |
| | 2,000 | PROD/COMP OPS AGG | | |
| SLS-8244L386-16 | 1,000 | EACH EMPLOYEE | EMPLOYEE BENEFITS | TIA |
| | 2,000 | AGGREGATE | LIABILITY | |
| BA-8244L386-16 | 1,000 | CSL | AUTO LIABILITY | IND |

The policies shown above are issued in one or more of the Travelers Companies. The above company(s) translates as follows:

ACR   TRAVELERS CASUALTY AND SURETY COMPANY
TIA   THE TRAVELERS INDEMNITY COMPANY OF AMERICA
IND   THE TRAVELERS INDEMNITY COMPANY

"(If you have any employee exposure in the State of New York,
the Employers Liability Limits are applicable only to bodily injury to your
"non-subject employees" as defined under Rule VIII - Limits of Liability,
A.2., of the WC/EL Manual of the State of New York)"

PRODUCER: **MEADOWBROOK INC**                    OFFICE:  **SOUTHFIELD MI      057**
CG D0 23 04 96                                                    Page **1**  of **1**

# COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this insurance the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II – WHO IS AN INSURED**.

Other words and phrases that appear in quotation marks have special meaning. Refer **to SECTION V – DEFINITIONS**.

## SECTION I – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.

1. **INSURING AGREEMENT.**

   a. We will pay on behalf of the insured the "ultimate net loss" in excess of the "applicable underlying limit" which the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies.

   This insurance applies to "bodily injury" or "property damage" only if:

   (i) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place anywhere in the world;

   (ii) The "bodily injury" or "property damage" occurs during the policy period;

   (iii) Prior to the policy period, no insured listed under Paragraph **1.** of SECTION II **– WHO IS AN INSURED** and no employee authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized employee knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

This insurance applies to "personal injury" or "advertising injury" caused by an "offense" committed during the policy period, anywhere in the world.

   b. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

   c. "Property damage" that is loss of use of tangible property that is not physically injured shall be deemed to occur at the time of the "occurrence" that caused it.

   d. The amount we will pay for damages is limited as described in **SECTION III – LIMITS OF INSURANCE**.

The following provisions apply only with respect to Parts **1.a.(i), (ii)** and **(iii)** above:

1. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II **– Who Is An Insured** or any employee authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

2. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of SECTION II **– WHO IS AN INSURED** or any employee authorized by you to give or receive notice of an "occurrence" or claim:

   (a) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

Travelers Excess Liability policy 008

**(b)** Receives a written or **verbal** demand or **claim for** damages because of "bodily injury" or "property damage"; or

**(c)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. DEFENSE OF CLAIMS OR SUITS.**

**a.** We will have no duty to defend any **claim** or "suit" that any other insurer has a duty to defend. If we elect to join in the defense of such claims or "suits", we will pay all expenses we incur.

**b.** We will have the right and duty to defend any "suit" for damages which are payable under Coverages **A** or **B** (including damages wholly or partly within the "retained **limit**") but which are not payable by a policy of "underlying insurance", or any other available insurance, because:

**(1)** Such damages are not covered; or

**(2)** The "underlying insurance" has been exhausted by the payment of claims.

**c.** We may investigate and settle any **claim** or "suit" in **b.** above at our discretion.

**d.** Our right and duty in **b.** above end when we have used up the "applicable limit of insurance" in the payment of judgments or settlements.

**e.** We will pay, with respect to any **claim** or "suit" we defend in **b.** above:

**(1)** All expenses we incur.

**(2)** The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the "applicable limit of insurance". We do not have to furnish these bonds.

**(3)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(4)** All costs taxed against the insured in the "suit".

**(5)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have:

**(a)** paid, or offered to pay; or

**(b)** deposited in court:

the part of the judgment that is within the "applicable limit of insurance".

**(6)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the "applicable limit of insurance", we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the limits of insurance.

In any jurisdiction outside the United States of America (including its territories and possessions), Puerto Rico or Canada where we may be prevented by law or some other factor beyond our control from carrying out the agreements under **1. INSURING AGREEMENT** or **2. DEFENSE OF CLAIMS OR SUITS above:**

**a.** You must arrange to investigate, defend or settle any claim or "suit".

**b.** You will not make any settlement without our consent.

**c.** We will pay expenses incurred with our consent.

**3. EXCLUSIONS.**

This insurance does not apply to:

**a. Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. "Advertising Injury" "Offenses"**

**(1) Breach of Contract**

"Advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in the course of advertising your goods, products or services.

**(2) Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in the course of advertising your goods, products or services.

Copyright, The Travelers Indemnity Company, 2003
UM 00 01 11 03

Travelers Excess Liability policy 009

**(3) Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in the course of advertising your products, goods or services.

**c. Employment-Related Practices**

"Bodily injury" or "personal injury" to:

**1.** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**2.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity; and, to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**d. Contractual Liability**

"Bodily injury", "property damage", "personal injury" or "advertising injury" for which the insured assumed liability under a contract or agreement. This exclusion does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions and conditions of the policy(ies) of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

**e. Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**f. Pollution**

"Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants", or any loss, cost, expense or damages resulting therefrom, but this exclusion does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions, limitations and conditions of the policy(ies) of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

**g. Watercraft Or Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, including loading or unloading, or entrustment to others of any watercraft or any aircraft.

This exclusion does not apply to:

  **(1)** A watercraft while ashore on premises you own or rent;

  **(2)** Liability assumed under any contract or agreement for the ownership, maintenance or use of a watercraft;

  **(3)** A watercraft over 50 feet in length which is chartered with crew by or on behalf of any insured;

  **(4)** A watercraft less than 50 feet long which you own; or

  **(5)** A watercraft less than 50 feet long which you do not own and is not being used to carry persons or property for a charge.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance,

Travelers Excess Liability policy 010

use or entrustment to others of any watercraft or any aircraft that is owned or operated by or rented or loaned to any insured.

**h. "Personal Injury" Or "Advertising Injury" "Offenses"**

**(1) Knowing Violation Of Rights Of Another**

"Personal injury" or "advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury".

**(2) Material Published With Knowledge Of Falsity**

"Personal injury" or "advertising injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**(3) Material Published Prior To Policy Period**

"Personal injury" or "advertising injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period. All "personal injury" or "advertising injury" arising out of publication of the same or similar material subsequent to the beginning of the policy period is also excluded.

**(4) Criminal Acts**

"Personal injury" or "advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**(5) Contractual Liability**

"Personal injury" or "advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to "personal injury" or "advertising injury" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions, limitations and conditions of the policy(ies) of

"underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

**(6) Insureds In Media And Internet Type Businesses**

"Personal injury" or "advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.**, **b.** and **c.** of the "personal injury" definition in **SECTION V – DEFINITIONS** .

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(7) Electronic Chatrooms Or Bulletin Boards**

"Personal injury" or "advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(8) Unauthorized Use Of Another's Name Or Product**

"Personal injury" or "advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**i. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

Travelers Excess Liability policy 011

Copyright, The Travelers Indemnity Company, 2003

**(2)** Premises you **sell, give** away or abandon, **if** the "property damage" arises **out of** any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property **in the** care, custody or control of the insured;

**(5)** That particular part **of real** property on which you or any contractors or subcontractors working **directly** or indirectly on your **behalf are** performing operations, **if** the "property damage" arises **out of** those operations; or

**(6)** That particular part **of** any property **that** must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do **not** apply **to** "property damage" (other than damage by **fire**) **to** premises, including **the** contents of such premises, rented **to** you **for a** period of 7 or fewer consecutive days.

Paragraph **(2)** of this exclusion does **not** apply **if** the premises are "your work" and were never occupied, rented or held **for** rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do **not** apply **to** liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does **not** apply **to** "property damage" included **in** the "products-completed operations hazard".

**j.  Damage To Your Product**

"Property damage" **to** "your product" arising out of it or any part of it.

**k.  Damage To Your Work**

"Property damage" **to** "your work" arising **out of** it or any part **of** it and included **in** the "products-completed operations hazard".

This exclusion does **not** apply **if** the damaged work or **the** work **out of** which **the** damage arises was performed on your **behalf** by **a** subcontractor.

**l.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" **to** "impaired property" or property **that** has **not** been physically injured, arising out of:

**(1) A** defect, deficiency, inadequacy or dangerous condition **in** "your product" or "your work"; or

**(2) A** delay or failure by you or anyone **acting** on your **behalf to** perform a contract or agreement in accordance with its terms.

This exclusion does **not** apply **to the** loss of use of other property arising **out of** sudden and accidental physical injury **to** "your product" or "your work" **after it** has been **put to** its intended use.

**m.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or **expense** incurred by you or others **for the** loss of use, withdrawal, **recall**, inspection, **repair**, replacement, adjustment, **removal** or disposal **of**:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled **from the** market or **from** use by any person or organization because **of a** known or suspected **defect**, deficiency, inadequacy or dangerous condition in it.

**n.  Uninsured Motorists, Underinsured Motorists, "Auto" No-Fault, Medical Expenses Benefits and Income Loss Benefits**

Any **liability** imposed on the insured, or the insured's insurer, under any **of** the following laws:

**(1)** Uninsured Motorists;

**(2)** Underinsured Motorists;

**(3)** "Auto" No-Fault Laws or other **first** party personal injury laws; or

**(4)** Medical Expense Benefits and Income Loss Benefits Laws of any applicable state or jurisdiction.

**o.  Liquor Legal Liability**

"Bodily injury" or "property damage" **for** which any insured may be held liable by reason of:

**(1)** Causing or contributing **to the** intoxication of any person;

**(2)** The furnishing **of** alcoholic beverages **to a** person under **the** legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to "bodily injury" or "property damage" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions, limitations and conditions of the policy(ies) of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

**SECTION II – WHO IS AN INSURED.**

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. As respects the "auto hazard":

      (1) Anyone using an "auto" you own, hire or borrow including any person or organization legally responsible for such use provided it is with your permission; and

      (2) Any of your executive officers, directors, partners, employees or stockholders, operating an "auto" you do not own, hire or borrow while it is being used in your business.

   None of the following is an insured under (1) or (2) above:

      (a) Any person employed by or engaged in the duties of an auto sales agency, repair shop, service station, storage garage or public parking place that you do not operate;

      (b) The owner or lessee of any "auto" hired by or for you or loaned to you, and any agent or employee of such owner or lessee.

   b. Except as respects the "auto hazard":

      (1) Your executive officers, employees, directors or stockholders while acting within the scope of their duties; and

      (2) Any person or organization while acting as real estate manager for you.

   c. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured. However, coverage does not apply to:

      (1) "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

      (2) "Personal injury" or "advertising injury" arising out of an "offense" committed before you acquired or formed the organization.

   d. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   e. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this insurance.

   f. Any other person or organization insured under any policy of the "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance for whom you have agreed in a written contract executed prior to loss to provide insurance. This insurance is subject to all

Travelers Excess Liability policy 013

 Copyright, The Travelers Indemnity Company, 2003 **UM 00 01 11 03**

the limitations upon coverage under such **policy** of "underlying insurance", and, **the limits** of insurance afforded to such person or organization will be:

**(i)** The **difference** between the "underlying insurance" limits and the minimum limits of insurance which you agreed to provide; or

**(ii)** The limits of insurance of this policy

whichever is less.

If the minimum limits of insurance you agreed to provide such person or organization in a written contract **are** wholly within the "underlying insurance", this policy shall not apply.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

No person is an insured as respects "bodily injury" to a fellow employee unless insurance for such liability is afforded by the "underlying insurance".

## SECTION III – LIMITS OF INSURANCE.

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making **claims** or bringing "suits".

**2.** The Products-Completed Operations Aggregate **Limit** is the most we will pay under Coverage **A** for damages because of injury and damage included in the "products-completed operations hazard".

**3.** The General Aggregate Limit is the most we will pay for damages under Coverage **A** and Coverage **B**, except:

**a.** Damages because of injury and damage included in the "products-completed operations hazard"; and

**b.** Damages because of injury and damage included in the "auto hazard".

**4.** Subject to **3.** above, the Personal and Advertising Injury **Limit** is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

Non cumulation of Personal and Advertising Injury Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the **policy** period and during the **policy** period of one or more prior and/or future **policies** that include a **COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE** policy for the insured issued by us or any **affiliated** insurance company, the amount we will pay is limited. This policy's Personal and Advertising Injury Limit will be reduced by the amount of each payment made by us and any **affiliated** insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence **Limit** is the most we will pay for the sum of damages under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the **policy** period and during the **policy** period of one or more prior and/or future policies that include a **COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE** policy for the insured issued by us or any **affiliated** insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any **affiliated** insurance company under the other policies because of such "occurrence".

To determine the limit of our liability, all "bodily injury" and "property damage" arising out of continuous or repeated exposure to the same general conditions shall be considered one "occurrence".

The limits of this insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months. The policy period begins with the effective date shown in the Declarations. If the policy period is extended **after** issuance for an additional period of less than 12 months, the additional period will be deemed part of the last preceding period.

## SECTION IV – CONDITIONS.

**1. APPEALS.**

**a.** If the insured or the insured's "underlying insurer" elects not to appeal a judgment which exceeds the "applicable underlying **limit**", we may do so.

**b.** If we do, we will pay all costs of the appeal. We will also pay all costs on appeals related

Travelers Excess Liability policy 014

to the defense of the insured as provided in **SECTION 1, 2. DEFENSE OF CLAIMS OR SUITS**. These sums are in addition to the "applicable limit of insurance". In no event shall our liability for "ultimate net loss" exceed the "applicable limit of insurance".

**2. BANKRUPTCY.**

**a.** Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this insurance.

**b.** Bankruptcy or insolvency of the "underlying insurer" will not relieve us of our obligations under this insurance.

However, this insurance will not replace the "underlying insurance" in event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

**3. CANCELLATION.**

**a.** You may cancel this insurance by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this insurance by mailing or delivering to you written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to your last mailing address known to us.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this insurance is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund will be pro rata less 10% of the pro rata unearned premium. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**4. CHANGES.**

This contract contains all the agreements between you and us concerning the insurance afforded. No change can be made in the terms of

this insurance except with our consent. The terms of this insurance can be amended or waived only by endorsement issued by us and made a part of this insurance.

**5. DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT.**

**a.** You must see to it that we are notified promptly of an "occurrence" or an "offense" which may result in a claim under this insurance. Notice should include:

**(1)** How, when and where the "occurrence" or "offense" took place; and

**(2)** The names and addresses of any injured persons and witnesses.

**b.** If a claim is made or "suit" is brought against any insured which may result in a claim against this insurance, you must see to it that we receive prompt written notice of the claim or "suit".

**c.** The insured must:

**(1)** Cooperate with the "underlying insurers";

**(2)** Comply with the terms of the "underlying insurance"; and

**(3)** Pursue all rights of contribution or indemnity against any person or organization who may be liable to the insured because of "bodily injury", "property damage", "personal injury" or "advertising injury" with respect to which insurance is provided under this or any policy of "underlying insurance".

**d.** When we believe that a claim may exceed the "underlying insurance", we may join with the insured and the "underlying insurer" in the investigation, settlement and defense of all claims and "suits" in connection with such "occurrence" or "offense". In such event, the insured must cooperate with us.

**6. EXAMINATION OF YOUR BOOKS AND RECORDS.**

We may examine and audit your books and records as they relate to this insurance:

**a.** At any time during the policy period;

**b.** Up to three years afterward; or

**c.** Within one year after final settlement of all claims under this insurance.

**7. INSPECTIONS AND SURVEYS.**

We have the right but are not obligated to:

Travelers Excess Liability policy 015

Copyright, The Travelers Indemnity Company, 2003
UM 00 01 11 03

a. Make inspections and surveys at any time;

b. Give you reports on the conditions we find; and

c. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. We do not warrant that conditions are safe or healthful; or comply with laws, regulations, codes or standards.

**8. LEGAL ACTION AGAINST US.**

No person or organization has a right under this insurance:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured. We will not be liable for damages that are not payable under the terms of this insurance; or are in excess of the "applicable limit of insurance".

An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**9. MAINTENANCE OF UNDERLYING INSURANCE.**

The insurance afforded by each policy in the schedule of "underlying insurance" in the Declarations will be maintained for the full term of this insurance. This provision does not apply to the reduction of the aggregate limit or limits due to payment of judgments or settlements for "bodily injury", "personal injury", "property damage" or "advertising injury". As these policies expire, you will renew them at limits at least equal to the expiring limits of insurance.

If you fail to comply with the above, this insurance is not invalidated. However, in the event of a loss, we will pay only to the extent that we would have paid had you so complied.

You must give us a written notice of any change in the "underlying insurance" as respects:

a. Coverage;

b. Limits of insurance;

c. Termination of any coverage; or

d. Exhaustion of aggregate limits.

**10. OTHER INSURANCE.**

This insurance is excess over any other valid and collectible insurance whether such other insurance is stated to be primary, contributing, excess, contingent or otherwise. This provision does not apply to a policy bought specifically to apply in excess of this insurance.

**11. OUR RIGHT TO RECOVER FROM OTHERS.**

If we make a payment under this insurance, the insured will assist us and the "underlying insurer" in recovering what we paid by using the insured's rights of recovery. Reimbursement will be made in the following order:

a. First, to any interest (including the insured) who has paid any amount in excess of the limits of this insurance;

b. Next to us; and

c. Then to any interest (including the insured and the "underlying insurer") as are entitled to claim the remainder, if any.

A different order may apply if agreed upon by all interests. Expenses incurred in the process of recovery will be divided among all interests according to the ratio of their respective recoveries.

**12. PREMIUM.**

a. You are responsible for the payment of all premiums and will be the payee for any return premiums.

b. If the premium is a flat charge, it is not subject to adjustment except as provided in d. below.

c. If the premium is other than a flat charge, it is an advance premium only. The earned premium will be computed at the end of each year in which this insurance is in force at the rate shown in the Declarations, subject to the Minimum Annual Premium.

d. Additional premium may become payable when coverage is provided for additional insureds and named insureds under the provisions of **SECTION II – 2.c. and f.**

**13. PREMIUM AUDIT.**

a. You must keep records of the information we need for premium computation, and send us copies at such times as we may request.

Travelers Excess Liability policy 016

Copyright, The Travelers Indemnity Company, 2003

**b.** At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured.

**c.** The due date for audit and retrospective premiums is the date as shown as the due date on the bill.

**d.** If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to you subject to the minimum premiums.

**14. REPRESENTATION.**

By accepting this insurance, you agree:

**a.** The statements in the Declarations and any subsequent notice relating to "underlying insurance" are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this insurance in reliance upon your representations.

**15. SEPARATION OF INSUREDS.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to you in this insurance, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**16. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS INSURANCE.**

Your rights and duties under this insurance may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**17. WHEN LOSS IS PAYABLE.**

If we are liable under this insurance, we will pay for "ultimate net loss" after:

**a. (1)** The insured's liability is established by court decision; or

**(2)** There is a written agreement between the claimant, the insured, any "underlying insurer" and us; and

**b.** The amount of the "applicable underlying limit" is paid by or on behalf of the insured.

We will pay all claims within thirty days provided all terms of this insurance are met.

The insured will reimburse us for any payment we make for damages which are within the "retained limit".

**18. TITLES OF PARAGRAPHS.**

The titles of paragraphs of this policy and any endorsements attached to this policy are inserted solely for convenience of reference and are not to be deemed in any way to limit or affect the provisions to which they relate.

**19. CURRENCY**

Loss payments and expense reimbursements will be in the same currency as the currency of the Limits of Insurance stated in the Declarations. At our sole option, we may agree to pay loss or reimburse expense under this policy in another currency. Any necessary currency conversion shall be calculated based on the rate of exchange published in the next Wall Street Journal subsequent to the date of judgment, settlement or agreement.

**SECTION V – DEFINITIONS.**

**1.** "Advertising injury" means injury arising out of one or more of the following "offenses":

**a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

**b.** Oral or written publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life; or

**c.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

Such "offenses" must be committed in the course of advertising your goods or products.

**2.** "Applicable limit of insurance" means the maximum amount we will pay as damages in accor-

Travelers Excess Liability policy 017

 Copyright, The Travelers Indemnity Company, 2003   **UM 00 01 11 03**

dance with **SECTION III – LIMITS OF INSUR-ANCE.**

3. "Applicable underlying limit" means:

   a. If the policies of "underlying insurance" apply to the "occurrence" or "offense", the greater of:

      (1) The amount of insurance stated in the policies of "underlying insurance" in the Declarations or any other available insurance less the amount by which any aggregate limit so stated has been reduced solely due to payment of claims; or

      (2) The "retained limit" shown in the Declarations; or

   b. If the policies of "underlying insurance" do not apply to the "occurrence" or "offense", the amount stated in the Declarations as the "retained limit".

   The limits of insurance in any policy of "underlying insurance" will apply even if:

      (i) The "underlying insurer" claims the insured failed to comply with any condition of the policy; or

      (ii) The "underlying insurer" becomes bankrupt or insolvent.

4. "Auto" means a land motor vehicle, trailer or semi-trailer.

5. "Auto hazard" means all "bodily injury" and "property damage" for which liability insurance is afforded under the terms, other than limits of insurance, of the auto policy of "underlying insurance".

6. "Bodily injury" means bodily injury, shock, fright, mental injury, disability, mental anguish, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

7. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work"; or your fulfilling the terms of the contract or agreement.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

9. "Offense" means any of the offenses listed in the definition of "personal injury" or "advertising injury".

10. "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

    a. False arrest, detention or imprisonment;

    b. Malicious prosecution;

    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

    d. Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

    e. Oral, written or electronic publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life.

    Such "offenses" must arise out of the conduct of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you.

11. "Pollutants" means one or more solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

12. a. "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

Travelers Excess Liability policy 018

     Copyright, The Travelers Indemnity Company, 2003

**(2)** Work that has not yet been completed or abandoned.

**b.** "Your work" will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**c.** "Products-completed operations hazard" does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the loading or unloading of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**13.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include "electronic media and records".

As used in this definition, "electronic media and records" means:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records for electronic data processing or electronically controlled equipment.

**14.** "Retained limit" is the sum stated in the Declarations as such. If the policies of "underlying insurance" do not apply to the "occurrence" or "offense", the insured shall retain this amount as self insurance with respect to:

**a.** "Bodily injury" or "property damage" caused by each "occurrence"; or

**b.** "Personal injury" or "advertising injury" sustained by any one person or organization and caused by an "offense".

**15.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding alleging such damages to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**16.** "Ultimate net loss" means the sum actually paid or payable due to a claim for which the insured is liable either by a settlement to which we agreed or a final judgment. Such sum will include proper adjustments for recoveries and salvage.

**17.** "Underlying insurance" means the policies listed in the Schedule of Underlying Insurance and includes:

**a.** Any renewal or replacement of such policies; and

**b.** Any other insurance available to the insured.

**18.** "Underlying insurer" means any insurer which provides a policy listed in the Schedule of Underlying Insurance or any other insurance available to the insured.

**19.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

Travelers Excess Liability policy 019

 Copyright, The Travelers Indemnity Company, 2003 **UM 00 01 11 03**

UMBRELLA

**(c)** A person or organization whose business or assets you **have** acquired; and

**(2)** Containers (other than **vehicles), materials**, parts or equipment furnished **in** connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made **at** any **time** with respect **to the** fitness, qual**ity, durability**, performance or use of "your product"; and

**(2)** The providing **of** or **failure to provide** warnings or instructions.

**c.** Does **not** include vending machines or other property rented **to** or located **for the** use of others but not sold.

**20.** "Your work":

**a.** Means:

**(1)** **Work** or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished **in** connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made **at** any **time** with respect **to the** fitness, qual**ity, durability**, performance or use of "your work"; and

**(2)** The providing **of** or **failure to provide** warnings or instructions.

Travelers Excess Liability policy 020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DEFENSE OF CLAIMS OR SUITS – REASONABLE EXPENSES INCURRED BY THE INSURED AT OUR REQUEST

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following replaces Paragraph **e.(3)** of Paragraph **2.**, **DEFENSE OF CLAIMS OR SUITS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

**(3)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

Travelers Excess Liability policy 021

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT AND REPRESENTATION CONDITIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

**1. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE**

The following is added to Paragraph **5.**, **DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT.**, of **SECTION IV – CONDITIONS.**:

**e.** The following provisions apply to Paragraph **a.** above, but only for the purposes of the insurance provided under this policy to you or any insured listed in Paragraph **1.** or **2. a.**, **b.**, **d.** or **e.** of **SECTION II – WHO IS AN INSURED.**:

**(1)** Notice to us of such "occurrence" or "offense" must be given as soon as practicable only after the "occurrence" or "offense" is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your trustees who is an individual (if you are a trust), any of your executive officers or directors (if you are an organization other than a partnership, joint venture, limited liability company or trust) or any employee authorized by you to give notice of an "occurrence" or "offense".

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or "offense" must be given as soon as practicable only after the "occurrence" or "offense" is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** A trustee of any trust; or

**(iv)** An executive officer or director of any other organization;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or "offense".

**(3)** Notice to us of such "occurrence" or "offense" will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or "offense" as soon as practicable after any of the persons described in Paragraphs **e. (1)** or **(2)** above discovers that the "occurrence" or "offense" may result in sums to which the insurance provided under this policy may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

Travelers Excess Liability policy 022

 © 2008 The Travelers Companies, Inc.

UMBRELLA

**2.** **UNINTENTIONAL OMISSION**

The following is added to Paragraph **14.**, **REP-RESENTATION.**, of **SECTION IV – CONDI-TIONS.**:

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this insurance will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

© 2008 The Travelers Companies, Inc.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE B – PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1. The following replaces Exclusion **b.(1)**, **Breach Of Contract**, in Paragraph **3.** of SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:

   **(1) Breach Of Contract**

   "Advertising injury" arising out of a breach of contract.

2. The following replaces Exclusion **b.(2)**, **Quality Or Performance Of Goods – Failure To Conform To Statements**, in Paragraph **3.** of SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:

   **(2) Quality Or Performance Of Goods – Failure To Conform To Statements**

   "Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

3. The following replaces Exclusion **b.(3)**, **Wrong Description Of Prices**, in Paragraph **3.** of SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:

   **(3) Wrong Description Of Prices**

   "Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

4. The following replaces Exclusion **h.(2)**, **Material Published With Knowledge Of Falsity**, in Paragraph **3.** of SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:

   **(2) Material Published With Knowledge Of Falsity**

   "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

5. The following replaces Exclusion **h.(3)**, **Material Published Prior To Policy Period**, in Paragraph **3.** of SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:

   **(3) Material Published Or Used Prior To Policy Period**

   **(a)** "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

   **(b)** "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

6. The following replaces Exclusion **h.(6)**, **Insureds In Media And Internet Type Businesses**, in Paragraph **3.** of SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:

   **(6) Insureds In Media And Internet Type Businesses**

   "Personal injury" or "advertising injury" arising out of an offense committed by an insured whose business is:

   **(a)** Advertising, "broadcasting" or publishing;

Travelers Excess Liability policy 024

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(b)** Designing or determining content of web-sites for others; or

**(c)** An Internet search, access, content or service provider.

This exclusion does not apply to Paragraphs **a.(1), (2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(a)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(b)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**7.** The following is added to Paragraph **h., "Personal Injury" Or "Advertising Injury" , "Offenses"**, in Paragraph **3., EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

**Intellectual Property**

"Personal injury" or "advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of

another's copyright, "title" or "slogan" in your "advertisement".

**8.** The following is added to Paragraph **h., "Personal Injury" Or "Advertising Injury" "Offenses"**, in Paragraph **3., EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal injury" or "advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**9.** The following replaces the definition of "advertising injury" in **SECTION V – DEFINITIONS.:**

"Advertising injury":

**a.** Means injury, other than "personal injury", caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light; or

**(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**10.** The following replaces the definition of "personal

Travelers Excess Liability policy 025

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**UM 05 11 01 15**

injury" in **SECTION V – DEFINITIONS.**:

"Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses arising out of your business:

**(1)** False arrest, detention or imprisonment;

**(2)** Malicious prosecution;

**(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

**(5)** Oral or written publication, including publication by electronic means, of material that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**11.** The following is added to **SECTION V – DEFINITIONS.**:

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

"Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

**(1)** Radio or television programming being transmitted;

**(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

**(3)** Advertising transmitted with any of such programming.

"Slogan":

**a.** Means a phrase that others use for the purpose of attracting attention in their advertising.

**b.** Does not include a phrase used as, or in, the name of:

**(1)** Any person or organization, other than you; or

**(2)** Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

"Title" means a name of a literary or artistic work.

**UM 05 11 01 15**          © 2015 The Travelers Indemnity Company. All rights reserved.          Page 3 of 3
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

UMBRELLA

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRISIS MANAGEMENT SERVICES EXPENSES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1. The following is added to **SECTION I – COVER-AGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COV-ERAGE B. PERSONAL INJURY AND ADVER-TISING INJURY LIABILITY.**:

   **Crisis Management Service Expenses**

   We will reimburse you, or pay on your behalf, "crisis management service expenses" incurred for a "crisis management event" that:

   **(1)** First commences during the policy period; and

   **(2)** You report to us by telephone within 24 hours after it first commences.

   The amount we will pay for "crisis management service expenses" is limited as described in **SECTION III – LIMITS OF INSURANCE**. A "crisis management event" will be deemed to first commence at the time when any of your "designated executive officers" first becomes aware of any "occurrence" or "offense" resulting in such "crisis management event".

   The "retained limit" does not apply to "crisis management service expenses".

   Any payment of "crisis management service expenses" that we make under this policy will not be determinative of our obligations under this policy with respect to any claim or "suit" or create any duty to defend or indemnify any insured for any claim or "suit".

2. The following exclusion is added to Paragraph **3., EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING IN-JURY LIABILITY.**:

   **Crisis Management Service Expenses For Newly Acquired, Controlled Or Formed Or-ganizations**

   "Crisis management service expenses" incurred for a "crisis management event" that involves any organization you newly acquire, control or form and that arises out of an "occurrence" that took place, or an "offense" that was committed, before you acquired, controlled or formed such organiza-tion, even though your "designated executive offi-cer" first becomes aware of such "occurrence" or "offense" after you acquired, controlled or formed such organization.

3. The following is added to **SECTION III – LIMITS OF INSURANCE.**:

   The Crisis Management Service Expenses Ag-gregate Limit is $50,000. The Crisis Management Service Expenses Aggregate Limit is the most we will pay for "crisis management service expenses" arising out of all "crisis management events". Payment of any "crisis management service ex-penses" is in addition to, and will not reduce, any other Limits of Insurance under this policy.

4. The following is added to Paragraph **5., DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT.**, in **SECTION IV – CONDITIONS.**:

   In addition to reporting a "crisis management event" to us by telephone within 24 hours after the "crisis management event" first commences, you must also provide written notice of such "cri-sis management event" to us as soon as practi-cable. Reporting and notice should include:

   **a.** How, when and where the "crisis manage-ment event" took place;

   **b.** The names and addresses of any injured per-sons and witnesses;

   **c.** The nature and location of any "bodily injury", "property damage", "personal injury" or "ad-vertising injury" caused by the "occurrence" or "offense" out of which the "crisis management event" arises; and

   **d.** How the "crisis management event" has re-sulted, or may result, in damages, in excess of the "applicable underlying limit", because of "bodily injury", "property damage", "per-sonal injury" or "advertising injury" to which this insurance applies and has resulted, or may result, in significant adverse regional or national media coverage.

   If we determine that the crisis no longer exists and we have notified you of such determination,

Travelers Excess Liability policy 027

UMBRELLA

you must submit to us all "crisis management services expenses" within 180 days after the date of such notice. Expenses submitted after such 180-day period are not reimbursable.

5. The following is added to **SECTION V – DEFINITIONS.**:

"Crisis management event" means an event arising out of an "occurrence" or an "offense" that any of your "designated executive officers" reasonably determines has resulted, or may result, in:

a. Damages, in excess of the "applicable underlying limit", because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies; and

b. Significant adverse regional or national media coverage about you.

"Crisis management service expenses" means the reasonable and necessary expenses you incur, after a "crisis management event" first commences and before such event ends, to:

a. Retain a public relations or crisis management consultant or firm; or

b. Plan or implement your public relations campaign;

to mitigate the negative publicity generated from a "crisis management event".

A "crisis management event" will be deemed to end when we determine that the crisis no longer exists, or when the Crisis Management Service Expenses Limit has been exhausted, whichever is earlier.

"Designated executive officer" means:

a. Chief Executive Officer;

b. Chief Operating Officer;

c. Chief Financial Officer;

d. President;

e. General Counsel;

f. Any person acting in the same capacity as any position listed in Paragraph **a.** through **e.** above;

g. Any of your lawfully elected or appointed officials, executive officers, directors, trustees or commissioners, or your risk manager or any leader of your risk management or other department that is responsible for insurance matters, if you are a public entity or a college or school; or

h. Any of your lawfully elected or appointed officials, executive officers or directors, or your risk manager or any leader of your risk management or other department that is responsible for insurance matters, if you are an "Indian Tribe".

"Indian tribe" means a tribe, band, pueblo, village or community of American Indians, or Alaska Natives, that has been recognized as an Indian tribe by the government of:

a. The United States of America; or

b. Any state in the United States of America.

Travelers Excess Liability policy 028

   © 2010 The Travelers Indemnity Company. All rights reserved.   **UM 06 03 11 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONDITIONS AND COVERAGE FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS – UMBRELLA

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1. The following is added to **SECTION IV – CONDITIONS.**:

   **PROHIBITED COVERAGE – UNLICENSED INSURANCE.**

   a. With respect to loss sustained by any insured located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

   b. We do not assume responsibility for:

      (1) The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

      (2) The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

2. The following is added to Paragraph **1.**, **INSURING AGREEMENT**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

   In the event of "foreign loss" incurred by a "foreign insured organization", or by any other insured for whom such "foreign insured organization" is liable, we will reimburse the first Named Insured, or any other Named Insured that is not a "foreign insured organization", for such "foreign loss" because of its "financial interest" in that "foreign insured organization". For purposes of this insurance, amounts we reimburse under:

   (i) Paragraph **a.** of the definition of "foreign loss" will be deemed to be "ultimate net loss" that such Named Insured becomes legally obligated to pay as damages under this policy; and

   (ii) Paragraph **b.** of the definition of "foreign loss" will be deemed to be payments we make under Paragraph **2.**, **DEFENSE OF CLAIMS OR SUITS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**

3. The last paragraph of Paragraph **2.**, **DEFENSE OF CLAIMS OR SUITS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.** is deleted.

4. The following is added to **SECTION IV – CONDITIONS.**:

   **Duties In The Event Of A Claim Or Suit For Foreign Loss**

   In the event of a claim or "suit" for "foreign loss" made or brought against a "foreign insured organization", or any other insured for whom such "foreign insured organization" is liable, the first Named Insured must:

   a. Arrange to investigate and defend such claim or "suit";

   b. Notify us in writing in advance of any proposed settlement of such claim or "suit"; and

   c. Comply with all other conditions of this insurance as if such claim or "suit" were made or brought against any insured that is not a "foreign insured organization".

5. The following is added to **SECTION V – DEFINITIONS.**:

   "Financial interest" means the insurable interest in a "foreign insured organization" because of:

Travelers Excess Liability policy 029

  © 2014 The Travelers Indemnity Company. All rights reserved.

UMBRELLA

**a.** Sole ownership of, or majority ownership interest in, such "foreign insured organization", either directly or through one or more intervening subsidiaries;

**b.** Indemnification of, or an obligation to indemnify:

**(1)** Such "foreign insured organization"; or

**(2)** Any other insured for whom such "foreign insured organization" is liable;

for a "foreign loss"; or

**c.** An obligation to obtain insurance for such "foreign insured organization".

"Foreign insured organization" means any organization that:

**a.** Is an insured under Section **II** – Who Is An Insured; and

**b.** Is located in a country or jurisdiction in which we are not licensed to provide this insurance and where providing this insurance would violate the laws or regulations of such country or jurisdiction.

"Foreign loss" means:

**a.** "Ultimate net loss" in excess of the "applicable underlying limit" that an insured becomes legally obligated to pay as damages because of loss to which the insurance provided under this policy would have applied; or

**b.** Payments described in Paragraph **2.**, **DEFENSE OF CLAIMS OR SUITS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY** that we would have made with respect to any claim or "suit" against an insured that we would have defended, investigated or settled;

but for the fact that such insured is located in any country or jurisdiction in which we are not licensed to provide this insurance and where providing this insurance would violate the laws or regulations of such country or jurisdiction.

**6.** The following is added to **SECTION IV – CONDITIONS.:**

**PROHIBITED COVERAGE – TRADE OR ECONOMIC SANCTIONS.**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

**a.** Any trade or economic sanction under any law or regulation of the United States of America; or

**b.** Any other applicable trade or economic sanction, prohibition or restriction.

Travelers Excess Liability policy 030

 © 2014 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE — NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The second paragraph of this insurance is replaced by:

Throughout **this** insurance **the** words **"you"** and "your" **refer to the** Named Insured shown **in the** Declarations and any subsidiary thereof. The words "we", "us" and "our" refer to the Company providing this insurance.

Travelers Excess Liability policy 031

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

## PROVISIONS

Only as respects the insurance provided by this endorsement, none of the terms, definitions or exclusions of the policy to which this endorsement is attached apply, except for the following provisions:

1. The introductory provisions which state that the words "you" and "your" refer to the Named Insured shown in the Declarations and that the words "we", "us" and "our" refer to the Company providing this insurance; and

2. **SECTION IV – CONDITIONS**. However, as respects the insurance provided by this endorsement, Paragraph **5.**, **DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT**, of **SECTION IV – CONDITIONS** does not apply, and instead, the Duties In The Event Of Act, Error Or Omission, Claim Or Suit condition in the "Employee Benefits Liability underlying insurance" applies.

Only as respects the insurance provided by this endorsement, the word "insured" has the same meaning as defined in the "Employee Benefits Liability underlying insurance". Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION IV – DEFINITIONS** of this endorsement.

## SECTION I – EXCESS EMPLOYEE BENEFITS LIABILITY INSURING AGREEMENT.

1. We will pay on behalf of the insured those sums, in excess of the amount payable under the "Employee Benefits Liability underlying insurance", that the insured becomes legally obligated to pay as damages provided that the "Employee Benefits Liability underlying insurance" would apply but for the exhaustion of the "underlying employee benefits liability limits".

2. The amount we will pay is limited as described in **SECTION II – LIMITS OF INSURANCE** in this endorsement.

3. This insurance is subject to the same terms, definitions, exclusions and conditions as the "Employee Benefits Liability underlying insurance", except for the provisions of this endorsement.

4. In the event of "foreign loss" incurred by a "foreign insured organization", or by any other insured for whom such "foreign insured organization" is liable, we will reimburse the first Named Insured, or any other Named Insured that is not a "foreign insured organization", for such "foreign loss" because of its "financial interest" in that "foreign insured organization". For purposes of this insurance, amounts we reimburse under:

   a. Paragraph **a.** of the definition of "foreign loss" will be deemed to be sums, in excess of the amount payable under the "Employee Benefits Liability underlying insurance", that such Named Insured becomes legally obligated to pay as damages under this insurance; and

   b. Paragraph **b.** of the definition of "foreign loss" will be deemed to be payments we make under that part of this insurance that is subject to Paragraph **3.**, **Supplementary Payments**, of **SECTION I – COVERAGES** of the "Employee Benefits Liability underlying insurance".

## SECTION II – LIMITS OF INSURANCE.

1. As respects the insurance provided by this endorsement, the Limit of Insurance shown in the Declarations of the policy to which this endorsement is attached and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits";

   d. Acts, errors or omissions; or

   e. Benefits included in your "employee benefit program".

2. The total amount we will pay for damages under the Excess Employee Benefits Liability Insuring Agreement will be included within, and not in addition to, the General Aggregate Limit shown in the Declarations of the policy to which this endorsement is attached.

Travelers Excess Liability policy 032

   © 2016 The Travelers Indemnity Company. All rights reserved.

UMBRELLA

**3.** Subject to Paragraph **2.** above, the Any One Occurrence Limit shown in the Declarations of the policy to which this endorsement is attached is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, because of all negligent acts, errors or omissions committed in the "administration" of your "employee benefit program".

## SECTION III – MAINTENANCE OF UNDERLYING EMPLOYEE BENEFITS LIABILITY INSURANCE.

The insurance afforded by the "Employee Benefits Liability underlying insurance" will be maintained for the full term of this endorsement. This provision does not apply to the reduction of the "underlying employee benefits liability limits" due to payment of judgments or settlements for damages payable under the "Employee Benefits Liability underlying insurance". As the "Employee Benefits Liability underlying insurance" expires, you will renew that insurance at limits and with coverage at least equal to the expiring limits.

If you fail to comply with the above, this insurance is not invalidated. However, in the event of a loss, we will pay only to the extent that we would have paid had you so complied.

## SECTION IV – DEFINITIONS.

**1.** "Administration" has the same meaning as defined in the "Employee Benefits Liability underlying insurance".

**2.** "Employee" has the same meaning as defined in the "Employee Benefits Liability underlying insurance".

**3.** "Employee benefit program" has the same meaning as defined in the "Employee Benefits Liability underlying insurance".

**4.** "Employee Benefits Liability underlying insurance":

  **a.** Means the Employee Benefits Liability insurance listed in the Schedule of Underlying Insurance on the policy to which this endorsement is attached.

  **b.** Includes any renewal or replacement by us of such Employee Benefits Liability insurance during the term of this endorsement.

**c.** Does not include any part of the policy period of such Employee Benefits Liability insurance that began before, or that continues after, the term of this endorsement.

**5.** "Financial interest" has the same meaning as defined in the "Employee Benefits Liability underlying insurance".

**6.** "Foreign insured organization" has the same meaning as defined in the "Employee Benefits Liability underlying insurance".

**7.** "Foreign loss" means:

  **a.** Sums, in excess of the amount payable under the "Employee Benefits Liability underlying insurance", that an insured becomes legally obligated to pay as damages because of loss to which the insurance provided under this insurance would have applied; or

  **b.** Payments described under the part of this insurance that is subject to Paragraph **3.**, **Supplementary Payments**, of **SECTION I – COVERAGES** of the "Employee Benefits Liability underlying insurance", with respect to any claim against an insured for loss that we would have investigated or settled, or any "suit" against an insured for loss that we would have defended, including amounts to defend such insured against such "suit";

but for the fact that such insured is located in any country or jurisdiction in which we are not licensed to provide this insurance and where providing this insurance would violate the laws or regulations of such country or jurisdiction.

**8.** "Suit" has the same meaning as defined in the "Employee Benefits Liability underlying insurance".

**9.** "Underlying employee benefits liability limits" means the limits of insurance that apply to the "Employee Benefits Liability underlying insurance".

The "underlying employee benefits liability limits" will apply even if:

  **a.** The insurer which provided the "Employee Benefits Liability underlying insurance" claims the insured failed to comply with any condition of the policy; or

  **b.** Such underlying insurer becomes bankrupt or insolvent.

Travelers Excess Liability policy 033

   © 2016 The Travelers Indemnity Company. All rights reserved.   **UM 01 52 01 16**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYERS OVERHEAD LIABILITY—OHIO

This endorsement modifies insurance provided under the following:

      COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

With respect to damages because of "bodily injury" by accident or disease to your employee arising out of and in the course of the employee's work or from operations which are necessary or incidental to such work in Ohio, Exclusion **a.** of SECTION I**—COVERAGES** is replaced by the following:

**a.**   "Bodily injury" directly intended by the insured.

Travelers Excess Liability policy 034

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REASONABLE FORCE — BODILY INJURY OR PROPERTY DAMAGE

This endorsement modifies coverage under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

Exclusion **3.a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY (SECTION I — COVERAGES** is deleted and replaced by the following:

(This insurance does not apply to:)

**a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**UM 03 37 01 99**          Copyright, Travelers Indemnity Company, 1999          Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following exclusion is added to Paragraph **3. EXCLUSIONS** of **SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY:**

This insurance does **not** apply **to** "bodily injury", "property damage", "personal injury" or "advertising injury" arising **out of the** rendering **of** or **failure to** render any professional services by you or any engineer, architect or surveyor who is either em-ployed by you or performing work on your **behalf in** such capacity.

Professional services include:

1. The preparing, approving, or **the failure to** prepare or approve, maps; shop drawings; opinions; reports; surveys; **field** orders, change orders or drawings and specifications; and

2. Supervisory, inspection, architectural or engineering activities.

Travelers Excess Liability policy 036

Copyright, The Travelers Indemnity Company, 2003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

1. The insurance does not apply:

   a. Under any **Liability** Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the **policy** is also an insured under a nuclear energy **liability policy** issued by Nuclear Energy **Liability** Insurance Association, Mutual **Atomic** Energy **Liability** Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such **policy but for** its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear **material**" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy **Act** of 1954, or any law amendatory thereof, or (b) the "insured" is, or had **this policy not** been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   b. Under any Medical Payments coverage, to expenses incurred with respect to "bodily **injury**" resulting from the "hazardous properties" of "nuclear **material**" and arising **out of the** operation of a "nuclear **facility**" by any person or organization.

   c. Under any **Liability** Coverage, to "bodily **injury**" or "property damage" resulting from the "hazardous properties" of "nuclear **material**", if:

      (1) The "nuclear **material**" (a) is at any "nuclear **facility**" owned **by**, or operated by or on **behalf of**, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear **material**" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on **behalf** of an "insured"; or

      (3) The "bodily **injury**" or "property damage" arises **out of the** furnishing by an "insured" of services, materials, parts or equipment in connection with **the** planning, construction, maintenance, operation or use of any "nuclear **facility**", but if such **facility** is located within **the** United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear **facility**" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" include radioactive, **toxic** or explosive properties;

   "Nuclear **material**" means "source **material**", "Special nuclear material" or "by-product material";

   "Source **material**", "special nuclear material", and "by-product **material**" have the meanings given them in the Atomic Energy **Act** of 1954 or in any law amendatory thereof;

   "Spent **fuel**" means any **fuel** element or **fuel** component, solid or **liquid**, which has been used or exposed to radiation in a "nuclear reactor";

   "**Waste**" means any waste material (a) containing "by-product **material**" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any **ore** processed primarily for its "source **material**" content, and (b) resulting **from the** operation by any person or organization of any "nuclear **facility**" included under the first two paragraphs of the definition of "nuclear **facility**."

   "Nuclear facility" means:

   a. Any "nuclear reactor";

   b. Any equipment or **device** designed or used for (1) separating the isotopes of uranium or pluto-

Travelers Excess Liability policy 037

Copyright, The Travelers Indemnity Company

UMBRELLA

nium, (2) processing or **utilizing** "spent **fuel,"** or (3) handling, processing or packaging "waste";

**c.** Any equipment or **device** used **for the** process-**ing,** fabricating or alloying of "special nuclear **material"** if at any **time the total** amount of such material **in the** custody **of the** "insured" **at the** premises where such equipment or **device** is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**d.** Any structure, basin, excavation, premises or place prepared or used **for the** storage or disposal of "waste";

and includes **the site** on which any of the foregoing is located, **all** operations conducted on such **site** and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used **to** sustain nuclear **fission in a self-**supporting chain reaction or **to** contain **a critical** mass of fissionable material;

"Property damage" includes **all** forms of radioactive contamination of property.

Copyright, The Travelers Indemnity Company

**UM 00 76 01 86**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

    COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

This insurance does **not** apply **to** "property damage" **to** property you operate or manage or as **to** which you **act** as agent for the collection of rents or in any other supervisory capacity.

Travelers Excess Liability policy 039

Copyright, The Travelers Indemnity Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—LEAD
# (INCLUDING PRODUCTS-COMPLETED OPERATIONS HAZARD)

This endorsement clarifies the scope of insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

This insurance does not apply to:

1. "Bodily injury" or "property damage" arising out of the actual, alleged or threatened absorption, adsorption, ingestion or inhalation by any person of lead:

   (a) at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

   (b) at or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing, or treatment of lead;

   (c) which arises from the transportation, handling, storage, treatment, disposal, or processing of lead as waste by or for any insured or any person for whom you may be legally responsible; or

   (d) at or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

   (i) if the lead is brought on or to the premises, site or location in connection with such operations by such insured, contractor, or subcontractor; or

   (ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead.

   (e) if the "bodily injury" or "property damage" is included within the "products-completed operations hazard."

Subparagraphs (a) and (d) (i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke, or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

2. Any loss, cost or expense arising out of any:

   (a) request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

   (b) claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

Lead means lead in any form, whether in combination with, an ingredient of, or as a contaminant of any other substance or material.

 Copyright, The Travelers Indemnity Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following exclusion is added to Paragraph **3., EXCLUSIONS** of **SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY:**

3. **Exclusions**

   This insurance does not apply to:

   **War**

   "Bodily injury", "property damage", "personal injury" or "advertising injury" arising, **directly** or indirectly, out of:

   (1) War, including undeclared or civil war; or

   (2) **Warlike action** by **a military** force, including **action in** hindering or defending against an **actual** or expected **attack,** by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, **revolution,** usurped power, or **action** taken by governmental authority **in** hindering or defending against any of these

   regardless **of** any other cause or event **that** contributes concurrently or **in** any sequence **to the** injury or damage.

Travelers Excess Liability policy 041

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

Travelers Excess Liability policy 042

Copyright, The Travelers Indemnity Company, 1996

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEM

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

This insurance does **not** apply to ''bodily injury'', ''property damage'', ''advertising injury'' or ''personal injury'' arising out of:

1. The design, manufacture, construction, fabrication, distribution, sale, preparation, installation, application, maintenance or **repair,** including remodeling, service, correction or replacement of any ''exterior insulation and finish system'' (commonly referred **to** as *synthetic stucco* or *EIFS*) or any part thereof, or any substantially **similar** system or any part thereof, including **the** application or use **of** conditioners, primers, **ac**cessories, flashing, coatings, caulking or sealants in connection with such a system; or

2. ''Your product'' or ''your work'' with respect **to** any exterior component, **fixture** or feature **of** any structure if an ''exterior insulation and finish system'', or any substantially **similar** system, is used on any part of that structure.

The following is added **to SECTION V – DEFINITIONS** as respects **the** provisions **of** this endorsement:

''Exterior insulation and finish system'' means an exterior cladding or finish system used on any part of any structure and consisting of:

a. **A rigid** or semi **rigid** insulation board made **of** expanded polystyrene or other materials; and

b. The adhesive and/or mechanical fasteners used to attach **the** insulation board **to the** substrate; and

c. A reinforced base coat; and

d. A finish coat providing surface **texture** and **color.**

 Copyright, The Travelers Indemnity Company, 2001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1. The following exclusion is added to Paragraph **3.**, **EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

   **Silica Or Silica-Related Dust**

   "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation or respiration of "silica" or "silica-related dust". This includes, but is not limited to:

   **(1)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

   **(2)** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

2. The following is added to **SECTION V – DEFINITIONS.**:

   "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

   "Silica-related dust" means a mixture or combination of "silica" and other dust or particles.

Travelers Excess Liability policy 044

UM 03 60 09 15  © 2015 The Travelers Indemnity Company. All rights reserved.  Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**A.** The following exclusion is added to Paragraph **3., EXCLUSIONS** of **SECTION I – COVERAGES, COVERAGE A.  BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY:**

**3.  Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury", "property damage", "personal injury" or "advertising injury" which would not have occurred, in whole or in part, **but for the actual,** alleged or threatened inhalation **of,** ingestion **of,** contact with, exposure to, existence **of,** or presence **of,** any **"fungi"** or bacteria on or within **a** building or structure, including its contents, regardless **of** whether any other cause, **event,** material or product contributed concurrently or in any sequence to such injury or damage; or

**b.** Any loss, cost or expenses arising **out of** the abating, testing **for,** monitoring, cleaning **up, removing,** containing, treating, detoxifying, neutralizing, remediating or disposing **of,** or in any way responding to, or assessing **the effects of, "fungi"** or bacteria, by any insured or by any other person or entity.

This exclusion does **not** apply **to** any **"fungi"** or bacteria **that** are, **are on,** or **are** contained **in, a** good or product intended **for** consumption.

**B.** The following definition is added **to the DEFINITIONS** Section:

"Fungi" means any type or **form of** fungus, including **mold** or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Travelers Excess Liability policy 045

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – UNSOLICITED COMMUNICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1. The following exclusion is added to Paragraph **3., EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

   **Unsolicited Communication**

   "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

2. The following is added to **SECTION V – DEFINITIONS**:

   "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

Travelers Excess Liability policy 046

UM 04 15 10 11
© 2011 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following exclusion is added to Paragraph **3., EXCLUSIONS.,** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.:**

**Discrimination**

"Bodily injury" or "personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

Travelers Excess Liability policy 047

© 2009 The Travelers Companies, Inc.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

1. The following exclusion is added to Paragraph **3., EXCLUSIONS.**, of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**:

   **Violation Of Consumer Financial Protection Laws**

   "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury", "property damage", "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

2. The following is added to **SECTION V – DEFINITIONS**:

   "Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

   **a.** Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

   **b.** Information bearing on a person's credit worthiness, credit standing or credit capacity.

   **c.** Social security number.

   **d.** Drivers license number.

   **e.** Birth date.

   "Consumer financial protection law" means:

   **a.** The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

   **b.** California's Song-Beverly Credit Card Act and any of its amendments; or

   **c.** Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

Travelers Excess Liability policy 048

© 2011 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following exclusion is added to Paragraph **3.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND AD-VERTISING INJURY LIABILITY.**:

**Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

Travelers Excess Liability policy 049

**UM 06 50 01 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN MANDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**A.** **SECTION IV – CONDITIONS**, Part **3.** of the **CANCELLATION** Condition is amended by **the** following:

1. Paragraph **a.** is replaced by the following:

   The **first** Named Insured shown **in** the Declarations **may** cancel **this policy** by **mailing** or **delivering to** us or **our** authorized agent advance notice of cancellation.

2. Paragraph **c.** is replaced by the following:

   We will mail or **deliver our** notice to the first Named Insured's **last mailing** address known to us or our authorized agent.

3. Paragraph **d.** is replaced by the following:

   The **time of** surrender or **the effective** date and hour **of** cancellation stated **in the notice** shall become the end of the policy period.

4. Paragraph **e.** is replaced by the following:

   If the **policy** is cancelled, we **will send** the **first** Named Insured any **pro rata** premium **refund** due. The **minimum** earned premium shall **not** be less than 15% **of the total** premium payable on **the policy** or $25.00, whichever is greater. The cancellation **will** be **effective even if** we **have** not made or offered a refund.

**B.** **SECTION IV – CONDITIONS**, Part **5.**, **DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT**, is amended by the following:

1. The following is added to paragraph **a.**:

   Notice given by or on **behalf of the** insured **to our** authorized agent, with particulars **sufficient to identify** the insured, shall be considered **notice to us.   Initial** notice **may** be made orally or in writing. However, if **the** insured's **initial notice of a claim** or "suit" is provided **orally**, we **may** require subsequent proofs in writing.

2. Paragraph **b.** is deleted.

3. The reference to paragraph **c.** is amended to read paragraph **b.**

4. The reference **to** paragraph **d.** is amended to read paragraph **c.**

5. The following is added:

   **d.** **Failure to give** any **notice** required by **this** Condition **within the time** period specified shall **not invalidate** any **claim** made by you **if** it shall be shown **not to have** been reasonably possible **to give** notice within **the** prescribed **time** period and **that** notice was **given** as soon as was reasonably possible.

**C.** The following Condition is added **to SECTION IV – CONDITIONS** and supersedes any other provision to the contrary:

   **WHEN WE DO NOT RENEW**

   If we decide **not to** renew **this policy**, we will mail or **deliver to** the first Named Insured's **last** mailing address known **to** us or **our** authorized agent written **notice of the** nonrenewal **not** less than 30 days before the expiration date.

   If notice is **mailed**, proof **of mailing** shall be sufficient proof of notice.

**D.** Subparagraph **e.(6)** of **2. DEFENSE OF CLAIMS OR SUITS** under **SECTION I – COVERAGES** is deleted and replaced by **the** following:

   **(6)** Prejudgment interest awarded against **the** insured on that part of the judgment we pay.

Travelers Excess Liability policy 050

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

The following replaces the definition of "property damage" in **SECTION V – DEFINITIONS**:

**13.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records for electronic data processing or electronically controlled equipment.

Travelers Excess Liability policy 051

 © 2011 The Travelers Indemnity Company. All rights reserved.

# INTERLINE ENDORSEMENTS

# INTERLINE ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement applies to the insurance provided under the following:

> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
> CYBERFIRST LIABILITY COVERAGE
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY+ WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COVERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Commercial Liability coverage included in this policy that is subject to the federal Terrorism Risk Insurance Act of 2002 as amended

**PROVISIONS**

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). Act Of Terrorism is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a percentage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

85% with respect to such Insured Losses occurring in calendar year 2015.

84% with respect to such Insured Losses occurring in calendar year 2016.

83% with respect to such Insured Losses occurring in calendar year 2017.

82% with respect to such Insured Losses occurring in calendar year 2018.

81% with respect to such Insured Losses occurring in calendar year 2019.

80% with respect to such Insured Losses occurring in calendar year 2020.

Travelers Excess Liability policy 054

 © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

For each coverage provided by this policy that applies to such Insured Losses, the charge for such Insured Losses is included in the premium for such coverage. The charge for such Insured Losses that has been included for each such coverage is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA.

- **1% of each applicable Commercial Liability Coverage premium.**

Travelers Excess Liability policy 055

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IL T3 68 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
> CYBERFIRST LIABILITY COVERAGE
> DELUXE PROPERTY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY* WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COV-
> ERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EQUIPMENT BREAKDOWN COVERAGE PART
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
> INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF
> TRANSPORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism
> Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

Travelers Excess Liability policy 056

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

## NOTICE TO MICHIGAN POLICYHOLDERS

THIS POLICY **IS** EXEMPT **FROM** THE FILING REQUIREMENTS **OF** SECTION 2236 **OF** THE INSURANCE CODE OF 1956, 1956 PA 218, MCL 500.2236.

**PN T3 54 04 03**                                                                                                          Page 1 of 1

## IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

Travelers Excess Liability policy 060

PN T4 54 01 08

Page 1 of 1



# POLICYHOLDER NOTICE – LEAD

Dear Policyholder:

Lead has become a difficult problem for society as a whole and the insurance industry in particular.

As a consequence, we are attaching a lead exclusion to our liability policies based upon age and occupancy of buildings. Your policy contains this exclusion.

If you have questions about your insurance program, please contact your agent or local Company representative.

Travelers Excess Liability policy 061

**OVERPRINT**
**COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE**

**POLICY NUMBER:** CUP-0J39061A-16-14
**ISSUE DATE:** 12/22/2016
**RATER:** DH

**EFFECTIVE DATE:** 12/11/2016
**EXPIRATION DATE:** 12/11/2017

**INSURED'S NAME:** KIRCO MANAGEMENT SERVICES, LLC
KIRCO HOLDINGS, LLC; KIRCO MANIX CONST

**OFFICE:** SOUTHFIELD MI
**PRODUCER NAME:** MEADOWBROOK INC                        88331

Travelers Excess Liability policy 062

Page 1 of 1

# TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

| | |
|---|---|
| **Named Insured:** | KIRCO MANAGEMENT SERVICES, LLC AND AS PER CG D0 74 |
| **Policy Number:** | CUP-0J39061A-16-14 |
| **Policy Effective Date:** | 12/11/2016 |
| **Policy Expiration Date:** | 12/11/2017 |
| **Issue Date:** | 08/16/2017 |
| NIL **Premium $** | 0.00 |

Effective from 12/11/2016 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

```
On the Commercial Excess Liability (Umbrella) Declarations,
the following changes have been made:

Named Insured has changed to:
 KIRCO MANAGEMENT SERVICES, LLC
 AND AS PER CG D0 74


Legal Entity has changed to:
LLC

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
CG D0 74 04 93
IL T0 07 09 87
```

NAME AND ADDRESS OF AGENT OR BROKER

Countersigned by

**MEADOWBROOK INC**
**26255 AMERICAN DR**

_____
Authorized Representative

**SOUTHFIELD         MI  48034**

DATE: 08/16/2017

Travelers Excess Liability policy 062

IL T0 07 09 87  (Page  1  of 1  )

Office:  SOUTHFIELD MI

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **CUP-0J39061A-16-14**                    ISSUE DATE: **08/16/2017**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NAMED INSURED

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE**

Item 1 of the Declarations is amended as follows:

**The Named Insured is amended to read**

KIRCO MANAGEMENT SERVICES, LLC
KIRCO HOLDINGS, LLC; KIRCO MANIX CONSTRUCTION , LLC; KIRCO DEVELOPMENT LLC;
KIRCO ACQUISITION LLC; KIRCO CAROLINA INTERESTS LLC; KIRCO CONSTRUCTION (NC)
LLC; KIRCO CONSTRUCTION (SC) LLC; KIRCO MANAGEMENT HOLDING COMPANY; KIRCO
REALTY SERVICES GROUP LLC; KIRCO VENTURES LLC; GK ACQUISITIONS LLC; KIRCO MS
HOLDING, LLC; KIRILUK ASSOCIATES, LP; KIRCO CAROLINA PINES, LLC; KIRTS OFFICE
CENTER ASSOCIATES LLC; KIRTS DEVELOPMENT, LLC; ECLIPSE DEVELOPMENT, LLC;
BALDWIN COMMONS LLC; BRIDGE VALLEY LP; RATHMOR/BRIDGE VALLEY CORP.; HURON
DISTRIBUTION, LLC; KIRCO HURON DISTRIBUTION, LLC; NEW ALBANY PORTFOLIO LLC; NA
HOLDING, LLC; KIRCO NA, LLC; ECLIPSE DEVELOPMENT II, LLC; SHELBY CREEK LLC;
SHELBY CREEK MITIGATION LLC; SHELBY CREEK UNIT 1 LLC; SHELBY CREEK UNIT 1
MANAGEMENT CORP.; SHELBY CREEK UNIT 2 LLC; SHELBY CREEK UNIT 2 MANAGEMENT
CORP.; KIRCO STATE STREET, LLC; STATE STREET BUSINESS PARK LLC; STJ MOB LLC;
STJ MOB ASSOCIATES, LLC; STJ MOB DEVELOPMENT, LLC; WALTON CRITTENTON MOB II
LLC; WALTON CRITTENTON MOB LLC; KIRCO WALTON CRITTENTON MOB LLC; CC TROY
ASSOCIATES I, LLC; CC TROY ASSOCIATES II, LLC; COLUMBIA ASSOCIATES LLC;
COLUMBIA CENTER HOLDINGS I, LLC; COLUMBIA CENTER HOLDINGS II, LLC; COLUMBIA
CENTER II ASSOCIATES, LLC; COLUMBIA CENTER, LLC; COLUMBIA IN TROY, LLC; KIRCO
GARAGE SERVICES, LLC; AMK ASSOCIATES, LLC; AMS ASSOCIATES NO. 3 LIMITED
PARTNERSHIP; OK ASSOCIATES OF TROY, LLC; ORLEY CC II, LLC; ORLEY GROUP II LP;
ORLEY GROUP NO. 1 LP; SPENCER CC II, LLC; ORION COMMONS LLC; ECLIPSE
DEVELOPMENT IV, LLC; KIRCO MANIX URBAN CONSTRUCTION LLC; KIRCO CH DISTRIBUTION
LLC; KIRCO ET CH DISTRIBUTION II, LLC; KIRCO CH ASSOCIATES LLC; AMERICAN MUSIC
RESORT PROPERTIES, LLC; LEGACY PARTNERS LLC; 20 OAK HOLLOW LLC ( INACTIVE); THE
WOODWARD LOFTS, LLC; KIRCO WOODWARD AVE LLC; KIRCO BILTMORE STERLING
ASSOCIATES; KIRCO BILTMORE CANTON ASSOCIATES; AMK ASSOCIATES NO 4 LLC;
CENTERPOINT INVESTMENT LLC; KIRCO STERLING, LLC; KIRCO CHELSEA SOUTH END, LLC;
CHELSEA SOUTH END LLC; INTERNATIONAL TRADE ZONE LLC; KIRCO ITZ, LLC; KIRCO
ROYAL MANOR,LLC; ROYAL MANOR APARTMENTS LLC; SOUTHFIELD GATEWAY II LLC;
SOUTHFIELD GATEWAY LLC; SOUTHFIELD GATEWAY DEVELOPMENT LLC; KIRCO STATE STREET
10, LLC; STATE STREET 10 LLC; KIRCO OAK HOLLOW LP; BIRMINGHAM GREYSTONE LLC

PRODUCER: **MEADOWBROOK INC**                    OFFICE: **057   SOUTHFIELD MI**

**CG D0 74 04 93**                                                      Page  **1**  of 1

**POLICY NUMBER:** CUP-0J39061A-16-14

**EFFECTIVE DATE:** 12/11/2016

**ISSUE DATE:** 08/16/2017

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

```
*    IL T0 07 09 87      CHANGE ENDORSEMENT
     CG T0 14 04 96      POLICY DECLARATIONS COMMERCIAL EXCESS LIABILITY
                         UMBRELLA
*    CG D0 74 04 93      NAMED INSURED
*    IL T8 01 01 01      FORMS ENDORSEMENTS AND SCHEDULE NUMBERS


UMBRELLA / EXCESS
     CG D0 23 04 96      SCHEDULE OF UNDERLYING INSURANCE
     UM 00 01 11 03      COMMERCIAL EXCESS LIABILITY UMBRELLA INSURANCE
     UM 04 75 07 08      AMENDMENT OF DEFENSE OF CLAIMS OR SUITS
     UM 04 77 07 08      AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE OR
                         OFFENSE CLAIM
     UM 05 11 01 15      AMEND OF COV B - PERSONAL INJURY AND ADVERTISING
                         INJURY LIABILITY
     UM 06 03 11 10      CRISIS MANAGEMENT SERVICES EXPENSES
     UM 06 88 03 15      AMEND-FIN INT IN FOREIGN INS ORG - UM
     UM 00 94 08 86      AMENDMENT OF COVERAGE - NAMED INSURED
     UM 01 52 01 16      EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE
     UM 01 68 12 91      EMPLOYER'S OVERHEAD LIABILITY - OHIO
     UM 03 37 01 99      REASONABLE FORCE - BODILY INJURY OR PROPERTY DAMAGE
     UM 00 20 11 03      EXCLUSION - ENGINEERS ARCHITECTS OR SURVEYORS
                         PROFESSIONAL LIABILITY
     UM 00 76 01 86      NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENTBROAD
                         FORM
     UM 01 12 09 87      REAL ESTATE PROPERTY MANAGED
     UM 01 66 08 91      EXCLUSION - LEAD INCLUDING PRODUCTS - COMPLETED
                         OPERATIONS HAZARD
     UM 01 91 01 02      WAR EXCLUSION
     UM 01 96 07 96      EXCLUSION - ASBESTOS
     UM 03 24 02 01      EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEM
     UM 03 60 09 15      EXCLUSION - SILICA OR SILICA-RELATED DUST
     UM 03 64 01 02      FUNGI OR BACTERIA EXCLUSION
     UM 04 15 10 11      EXCLUSION - UNSOLICITED COMMUNICATIONS
     UM 05 30 03 09      EXCLUSION - DISCRIMINATION
     UM 06 09 10 11      EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION
                         LAWS
     UM 06 50 01 15      EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR
                         PERSONAL INFORMATION
     UM 01 41 11 03      MI MANDATORY ENDORSEMENT
     UM 03 98 11 11      AMENDMENT OF COVERAGE - PROPERTY DAMAGE
```

Travelers Excess Liability policy 065

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**POLICY NUMBER:**  CUP-0J39061A-16-14

**EFFECTIVE DATE:**  12/11/2016

**ISSUE DATE:**  08/16/2017

INTERLINE ENDORSEMENTS

IL T3 68 01 15     FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
IL T4 14 01 15     CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

Travelers Excess Liability policy 066

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                        **PAGE:    2   OF   2**

# INTERLINE
# ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS

# TRAVELERS⌃

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

|  |  |
|---|---|
| **Named Insured:** | KIRCO MANAGEMENT SERVICES, LLC AND AS PER CG DO 74 |
| **Policy Number:** | CUP-0J39061A-16-14 |
| **Policy Effective Date:** | 12/11/2016 |
| **Policy Expiration Date:** | 12/11/2017 |

Effective from 01/06/2017 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Commercial Excess Liability (Umbrella) Declarations,
the following changes have been made:

Named Insured has changed to:
 KIRCO MANAGEMENT SERVICES, LLC
 AND AS PER CG DO 74

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
CG DO 74 04 93
IL TO 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER

**MEADOWBROOK INC**
**26255 AMERICAN DR**

**SOUTHFIELD**            **MI   48034**

Countersigned by

_____
Authorized Representative

Travelers Excess Liability policy 009 DATE: 08/16/2017

**IL TO 07 09 87** (Page 1 of 1 )

Office: **SOUTHFIELD MI**

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **CUP-0J39061A-16-14**                    ISSUE DATE: **08/16/2017**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NAMED INSURED

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE**

Item 1 of the Declarations is amended as follows:

**The Named Insured is amended to read**

KIRCO MANAGEMENT SERVICES, LLC
KIRCO HOLDINGS, LLC; KIRCO MANIX CONSTRUCTION , LLC; KIRCO DEVELOPMENT LLC;
KIRCO ACQUISITION LLC; KIRCO CAROLINA INTERESTS LLC; KIRCO CONSTRUCTION (NC)
LLC; KIRCO CONSTRUCTION (SC) LLC; KIRCO MANAGEMENT HOLDING COMPANY; KIRCO
REALTY SERVICES GROUP LLC; KIRCO VENTURES LLC; GK ACQUISITIONS LLC; KIRCO MS
HOLDING, LLC; KIRILUK ASSOCIATES, LP; KIRCO CAROLINA PINES, LLC; KIRTS OFFICE
CENTER ASSOCIATES LLC; KIRTS DEVELOPMENT, LLC; ECLIPSE DEVELOPMENT, LLC;
BALDWIN COMMONS LLC; BRIDGE VALLEY LP; RATHMOR/BRIDGE VALLEY CORP.; HURON
DISTRIBUTION, LLC; KIRCO HURON DISTRIBUTION, LLC; NEW ALBANY PORTFOLIO LLC; NA
HOLDING, LLC; KIRCO NA, LLC; ECLIPSE DEVELOPMENT II, LLC; SHELBY CREEK LLC;
SHELBY CREEK MITIGATION LLC; SHELBY CREEK UNIT 1 LLC; SHELBY CREEK UNIT 1
MANAGEMENT CORP.; SHELBY CREEK UNIT 2 LLC; SHELBY CREEK UNIT 2 MANAGEMENT
CORP.; KIRCO STATE STREET, LLC; STATE STREET BUSINESS PARK LLC; STJ MOB LLC;
STJ MOB ASSOCIATES, LLC; STJ MOB DEVELOPMENT, LLC; WALTON CRITTENTON MOB II
LLC; WALTON CRITTENTON MOB LLC; KIRCO WALTON CRITTENTON MOB LLC; CC TROY
ASSOCIATES I, LLC; CC TROY ASSOCIATES II, LLC; COLUMBIA ASSOCIATES LLC;
COLUMBIA CENTER HOLDINGS I, LLC; COLUMBIA CENTER HOLDINGS II, LLC; COLUMBIA
CENTER II ASSOCIATES, LLC; COLUMBIA CENTER, LLC; COLUMBIA IN TROY, LLC; KIRCO
GARAGE SERVICES, LLC; AMK ASSOCIATES, LLC; AMS ASSOCIATES NO. 3 LIMITED
PARTNERSHIP; OK ASSOCIATES OF TROY, LLC; ORLEY CC II, LLC; ORLEY GROUP II LP;
ORLEY GROUP NO. 1 LP; SPENCER CC II, LLC; ORION COMMONS LLC; ECLIPSE
DEVELOPMENT IV, LLC; KIRCO MANIX URBAN CONSTRUCTION LLC; KIRCO CH DISTRIBUTION
LLC; KIRCO ET CH DISTRIBUTION II, LLC; KIRCO CH ASSOCIATES LLC; AMERICAN MUSIC
RESORT PROPERTIES, LLC; LEGACY PARTNERS LLC; 20 OAK HOLLOW LLC ( INACTIVE); THE
WOODWARD LOFTS, LLC; KIRCO WOODWARD AVE LLC; KIRCO BILTMORE STERLING
ASSOCIATES; KIRCO BILTMORE CANTON ASSOCIATES; AMK ASSOCIATES NO 4 LLC;
CENTERPOINT INVESTMENT LLC; KIRCO STERLING, LLC; KIRCO CHELSEA SOUTH END, LLC;
CHELSEA SOUTH END LLC; INTERNATIONAL TRADE ZONE LLC; KIRCO ITZ, LLC; KIRCO
ROYAL MANOR,LLC; ROYAL MANOR APARTMENTS LLC; SOUTHFIELD GATEWAY II LLC;
SOUTHFIELD GATEWAY LLC; SOUTHFIELD GATEWAY DEVELOPMENT LLC; KIRCO STATE STREET
10, LLC; STATE STREET 10 LLC; KIRCO OAK HOLLOW LP; BIRMINGHAM GREYSTONE LLC;
KIRCO OM-PLYMOUTH LLC

Travelers Excess Liability policy 070

PRODUCER: **MEADOWBROOK INC**                    OFFICE: **057   SOUTHFIELD MI**

**POLICY NUMBER:**  CUP-0J39061A-16-14

**EFFECTIVE DATE:**  12/11/2016

**ISSUE DATE:**  08/16/2017


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS


| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | CG T0 14 04 96 | POLICY DECLARATIONS COMMERCIAL EXCESS LIABILITY UMBRELLA |
| * | CG D0 74 04 93 | NAMED INSURED |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |

UMBRELLA / EXCESS

|  |  |
|---|---|
| CG D0 23 04 96 | SCHEDULE OF UNDERLYING INSURANCE |
| UM 00 01 11 03 | COMMERCIAL EXCESS LIABILITY UMBRELLA INSURANCE |
| UM 04 75 07 08 | AMENDMENT OF DEFENSE OF CLAIMS OR SUITS |
| UM 04 77 07 08 | AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE CLAIM |
| UM 05 11 01 15 | AMEND OF COV B - PERSONAL INJURY AND ADVERTISING INJURY LIABILITY |
| UM 06 03 11 10 | CRISIS MANAGEMENT SERVICES EXPENSES |
| UM 06 88 03 15 | AMEND-FIN INT IN FOREIGN INS ORG - UM |
| UM 00 94 08 86 | AMENDMENT OF COVERAGE - NAMED INSURED |
| UM 01 52 01 16 | EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE |
| UM 01 68 12 91 | EMPLOYER'S OVERHEAD LIABILITY - OHIO |
| UM 03 37 01 99 | REASONABLE FORCE - BODILY INJURY OR PROPERTY DAMAGE |
| UM 00 20 11 03 | EXCLUSION - ENGINEERS ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY |
| UM 00 76 01 86 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENTBROAD FORM |
| UM 01 12 09 87 | REAL ESTATE PROPERTY MANAGED |
| UM 01 66 08 91 | EXCLUSION - LEAD INCLUDING PRODUCTS - COMPLETED OPERATIONS HAZARD |
| UM 01 91 01 02 | WAR EXCLUSION |
| UM 01 96 07 96 | EXCLUSION - ASBESTOS |
| UM 03 24 02 01 | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEM |
| UM 03 60 09 15 | EXCLUSION - SILICA OR SILICA-RELATED DUST |
| UM 03 64 01 02 | FUNGI OR BACTERIA EXCLUSION |
| UM 04 15 10 11 | EXCLUSION - UNSOLICITED COMMUNICATIONS |
| UM 05 30 03 09 | EXCLUSION - DISCRIMINATION |
| UM 06 09 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| UM 06 50 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| UM 01 41 11 03 | MI MANDATORY ENDORSEMENT |
| UM 03 98 11 11 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |

Travelers Excess Liability policy 071

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

POLICY NUMBER:  CUP-0J39061A-16-14

EFFECTIVE DATE:  12/11/2016

ISSUE DATE:  08/16/2017

INTERLINE ENDORSEMENTS

    IL T3 68 01 15    FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
    IL T4 14 01 15    CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

Travelers Excess Liability policy 072

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

# TRAVELERS⌐

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| | |
|---|---|
| **Named Insured:** | KIRCO MANAGEMENT SERVICES, LLC AND AS PER CG D0 74 |
| **Policy Number:** | CUP-0J39061A-16-14 |
| **Policy Effective Date:** | 12/11/2016 |
| **Policy Expiration Date:** | 12/11/2017 |
| **Issue Date:** | 08/16/2017 |

Effective from **03/31/2017** at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Commercial Excess Liability (Umbrella) Declarations, the following changes have been made:

Named Insured has changed to:
 KIRCO MANAGEMENT SERVICES, LLC
 AND AS PER CG D0 74

The following forms and/or endorsements is/are included with this change. These forms are added to the policy or replace forms already existing on the policy:
CG D0 74 04 93
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER

**MEADOWBROOK INC**
**26255 AMERICAN DR**

**SOUTHFIELD**              **MI  48034**

Countersigned by

_____
Authorized Representative

Travelers Excess Liability policy 0709   DATE: 08/16/2017

**IL T0 07 09 87**  (Page  **1**  of **1**  )                    Office:  **SOUTHFIELD MI**

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **CUP-0J39061A-16-14**                    ISSUE DATE: **08/16/2017**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NAMED INSURED

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE**

Item 1 of the Declarations is amended as follows:

**The Named Insured is amended to read**

KIRCO MANAGEMENT SERVICES, LLC
KIRCO HOLDINGS, LLC; KIRCO MANIX CONSTRUCTION , LLC; KIRCO DEVELOPMENT LLC;
KIRCO ACQUISITION LLC; KIRCO CAROLINA INTERESTS LLC; KIRCO CONSTRUCTION (NC)
LLC; KIRCO CONSTRUCTION (SC) LLC; KIRCO MANAGEMENT HOLDING COMPANY; KIRCO
REALTY SERVICES GROUP LLC; KIRCO VENTURES LLC; GK ACQUISITIONS LLC; KIRCO MS
HOLDING, LLC; KIRILUK ASSOCIATES, LP; KIRCO CAROLINA PINES, LLC; KIRTS OFFICE
CENTER ASSOCIATES LLC; KIRTS DEVELOPMENT, LLC; ECLIPSE DEVELOPMENT, LLC;
BALDWIN COMMONS LLC; BRIDGE VALLEY LP; RATHMOR/BRIDGE VALLEY CORP.; HURON
DISTRIBUTION, LLC; KIRCO HURON DISTRIBUTION, LLC; NEW ALBANY PORTFOLIO LLC; NA
HOLDING, LLC; KIRCO NA, LLC; ECLIPSE DEVELOPMENT II, LLC; SHELBY CREEK LLC;
SHELBY CREEK MITIGATION LLC; SHELBY CREEK UNIT 1 LLC; SHELBY CREEK UNIT 1
MANAGEMENT CORP.; SHELBY CREEK UNIT 2 LLC; SHELBY CREEK UNIT 2 MANAGEMENT
CORP.; KIRCO STATE STREET, LLC; STATE STREET BUSINESS PARK LLC; STJ MOB LLC;
STJ MOB ASSOCIATES, LLC; STJ MOB DEVELOPMENT, LLC; WALTON CRITTENTON MOB II
LLC; WALTON CRITTENTON MOB LLC; KIRCO WALTON CRITTENTON MOB LLC; CC TROY
ASSOCIATES I, LLC; CC TROY ASSOCIATES II, LLC; COLUMBIA ASSOCIATES LLC;
COLUMBIA CENTER HOLDINGS I, LLC; COLUMBIA CENTER HOLDINGS II, LLC; COLUMBIA
CENTER II ASSOCIATES, LLC; COLUMBIA CENTER, LLC; COLUMBIA IN TROY, LLC; KIRCO
GARAGE SERVICES, LLC; AMK ASSOCIATES, LLC; AMS ASSOCIATES NO. 3 LIMITED
PARTNERSHIP; OK ASSOCIATES OF TROY, LLC; ORLEY CC II, LLC; ORLEY GROUP II LP;
ORLEY GROUP NO. 1 LP; SPENCER CC II, LLC; ORION COMMONS LLC; ECLIPSE
DEVELOPMENT IV, LLC; KIRCO MANIX URBAN CONSTRUCTION LLC; KIRCO CH DISTRIBUTION
LLC; KIRCO ET CH DISTRIBUTION II, LLC; KIRCO CH ASSOCIATES LLC; AMERICAN MUSIC
RESORT PROPERTIES, LLC; LEGACY PARTNERS LLC; 20 OAK HOLLOW LLC ( INACTIVE); THE
WOODWARD LOFTS, LLC; KIRCO WOODWARD AVE LLC; KIRCO BILTMORE STERLING
ASSOCIATES; KIRCO BILTMORE CANTON ASSOCIATES; AMK ASSOCIATES NO 4 LLC;
CENTERPOINT INVESTMENT LLC; KIRCO STERLING, LLC; KIRCO CHELSEA SOUTH END, LLC;
CHELSEA SOUTH END LLC; INTERNATIONAL TRADE ZONE LLC; KIRCO ITZ, LLC; KIRCO
ROYAL MANOR,LLC; ROYAL MANOR APARTMENTS LLC; SOUTHFIELD GATEWAY II LLC;
SOUTHFIELD GATEWAY LLC; SOUTHFIELD GATEWAY DEVELOPMENT LLC; KIRCO STATE STREET
10, LLC; STATE STREET 10 LLC; KIRCO OAK HOLLOW LP; BIRMINGHAM GREYSTONE LLC;
KIRCO OM-PLYMOUTH LLC; KMC-EDT JV

PRODUCER: **MEADOWBROOK INC**                    OFFICE: **057  SOUTHFIELD MI**

**CG D0 74 04 93**                                                          Page  **1**  of 1

**POLICY NUMBER:** CUP-0J39061A-16-14

**EFFECTIVE DATE:** 12/11/2016

**ISSUE DATE:** 08/16/2017

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

```
*   IL T0 07 09 87    CHANGE ENDORSEMENT
    CG T0 14 04 96    POLICY DECLARATIONS COMMERCIAL EXCESS LIABILITY
                      UMBRELLA
*   CG D0 74 04 93    NAMED INSURED
*   IL T8 01 01 01    FORMS ENDORSEMENTS AND SCHEDULE NUMBERS


UMBRELLA / EXCESS

    CG D0 23 04 96    SCHEDULE OF UNDERLYING INSURANCE
    UM 00 01 11 03    COMMERCIAL EXCESS LIABILITY UMBRELLA INSURANCE
    UM 04 75 07 08    AMENDMENT OF DEFENSE OF CLAIMS OR SUITS
    UM 04 77 07 08    AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE OR
                      OFFENSE CLAIM
    UM 05 11 01 15    AMEND OF COV B - PERSONAL INJURY AND ADVERTISING
                      INJURY LIABILITY
    UM 06 03 11 10    CRISIS MANAGEMENT SERVICES EXPENSES
    UM 06 88 03 15    AMEND-FIN INT IN FOREIGN INS ORG - UM
    UM 00 94 08 86    AMENDMENT OF COVERAGE - NAMED INSURED
    UM 01 52 01 16    EXCESS EMPLOYEE BENEFITS LIABILITY COVERAGE
    UM 01 68 12 91    EMPLOYER'S OVERHEAD LIABILITY - OHIO
    UM 03 37 01 99    REASONABLE FORCE - BODILY INJURY OR PROPERTY DAMAGE
    UM 00 20 11 03    EXCLUSION - ENGINEERS ARCHITECTS OR SURVEYORS
                      PROFESSIONAL LIABILITY
    UM 00 76 01 86    NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENTBROAD
                      FORM
    UM 01 12 09 87    REAL ESTATE PROPERTY MANAGED
    UM 01 66 08 91    EXCLUSION - LEAD INCLUDING PRODUCTS - COMPLETED
                      OPERATIONS HAZARD
    UM 01 91 01 02    WAR EXCLUSION
    UM 01 96 07 96    EXCLUSION - ASBESTOS
    UM 03 24 02 01    EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEM
    UM 03 60 09 15    EXCLUSION - SILICA OR SILICA-RELATED DUST
    UM 03 64 01 02    FUNGI OR BACTERIA EXCLUSION
    UM 04 15 10 11    EXCLUSION - UNSOLICITED COMMUNICATIONS
    UM 05 30 03 09    EXCLUSION - DISCRIMINATION
    UM 06 09 10 11    EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION
                      LAWS
    UM 06 50 01 15    EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR
                      PERSONAL INFORMATION
    UM 01 41 11 03    MI MANDATORY ENDORSEMENT
    UM 03 98 11 11    AMENDMENT OF COVERAGE - PROPERTY DAMAGE
```

Travelers Excess Liability policy 075

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**POLICY NUMBER:** CUP-0J39061A-16-14

**EFFECTIVE DATE:** 12/11/2016

**ISSUE DATE:** 08/16/2017

INTERLINE ENDORSEMENTS

    IL T3 68 01 15    FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

    IL T4 14 01 15    CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

Travelers Excess Liability policy 076

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                        **PAGE:**   2   OF   2