UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>AMERISURE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 21-cv-10969<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

## JUDGMENT

In accordance with the court's Opinion and Order entered on today's date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

Dated at Flint, Michigan, this 17th day of November, 2022.

            KINIKIA ESSIX
            CLERK OF THE COURT


            s/Tammy Hallwood
            Deputy Clerk