# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**,

    Plaintiff,

v

**AMERISURE INSURANCE COMPANY**,

    Defendant.

Case No. 2:21-cv-10969
Hon. Shalina D. Kumar
Magistrate Judge David R. Grand

_____/

| | |
|---|---|
| CORINNE F. SHOOP (P38145)<br>**GREGORY, MEYER & CHAPNICK, P.C.**<br>Attorneys for Plaintiff<br>340 E. Big Beaver Road, Ste. 520<br>Troy, MI 48083<br>(248) 689-3920<br>cshoop@gregorylaw.com | THOMAS R. BOWEN (P27618)<br>**BOWEN, RADABAUGH & MILTON, P.C.**<br>Attorney for Defendant<br>100 E. Big Beaver Rd., Ste. 350<br>Troy, MI 48083<br>(248) 641-8000<br>trbowen@brmattorneys.com |
| ANTHONY N. BALICE<br>DONALD E. ELDER<br>**EMERSON & ELDER, P.C.**<br>Attorney for Defendant<br>54 W. Jackson Blvd., Ste. 526<br>Chicago, IL 60604<br>(312) 519-8975<br>tony@emersonelder.com<br>don@emersonelder.com | |

_____/

## **NOTICE OF APPEAL**

Plaintiff, Travelers Property Casualty Company of America, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered

1

in the above-encaptioned matter in the Eastern District of Michigan on November 17, 2022 (Judgment, ECF No. 54, PageID.2067).

|  |  |
|---|---|
| Dated: December 9, 2022 | */s/ Corinne F. Shoop* <br> CORINNE F. SHOOP <br> **GREGORY, MEYER & CHAPNICK, P.C.** <br> Attorneys for Plaintiff-Appellant <br> 340 E. Big Beaver Road, Ste. 520 <br> Troy, MI 48083 <br> (248) 689-3920/(248) 689-4560 -Fax <br> cshoop@gregorylaw.com <br> P38145 |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 9, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following Thomas R. Bowen, Donald E. Elder and Anthony N. Balice.

            /s/ Corinne F. Shoop
            CORINNE F. SHOOP
            **GREGORY, MEYER & CHAPNICK, P.C.**
            Attorneys for Plaintiff
            340 E. Big Beaver Road, Ste. 520
            Troy, MI 48083
            (248) 689-3920/(248) 689-4560 -Fax
            cshoop@gregorylaw.com
            P38145