UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERISURE INSURANCE COMPANY,<br><br>Defendant. | Case No. 21-10969<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

## JUDGMENT

In accordance with the opinion issued by the U.S. Court of Appeals for the Sixth Circuit on August 31, 2023, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendant.

Dated at Flint, Michigan, this 31st day of October, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

1

s/Tammy Hallwood
Deputy Clerk

APPROVED BY:

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge